IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | C.A. No. 06-628 |
| Interpleader Plaintiff, | Action in Statutory Interpleader |
| v. |  |
| HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for B.R. and E.R., |  |
| Defendants. |  |

# P R O T E C T I V E   O R D E R

NOW BEFORE THE COURT HAVING CONSIDERED Plaintiffs' Motion for Protective Order (D.I. 5), this matter having been opened to the Court by, Thrivent Financial for Lutherans ("Thrivent"); and good cause appearing,

IT IS on this 12 day of October, 2006 **ORDERED**:

a.  All pleadings and other documents filed of public record in the above captioned matter shall be filed according to the Notice Regarding Personal Information as directed by the Clerk of the Court and as follows:

1.  The filing party shall file with the Clerk of the Court two copies of the original un-redacted document ("Original"), and a copy of the public version of the document redacting all information regarding the identity, medical and financial information of the Minor Defendants ("Public Document");

ME1\5894940.1

    2.       The Clerk of the Court shall thereafter post for the public, only the Public Document and shall thereafter maintain, under seal, the Original;

    3.       The parties shall serve among each other the Original and the Public Document, but are directed to prevent from disclosure to the public, any Original document;

    4.       This Order shall remain in effect until such time as any party hereafter asserts, by motion, and for good cause shown, why this Order should be discontinued.

IT IS SO ORDERED.

                                      _/s/ Joseph J. Farnan Jr._
                                      UNITED STATES DISTRICT JUDGE

ME1\5894940.1