IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | C.A. No. 06-628 |
| Interpleader Plaintiff, | Action in Statutory Interpleader |
| v. | |
| HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for REDACTED and REDACTED | PUBLIC VERSION |
| Defendants. | |

## MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION

Plaintiff, Thrivent Financial for Lutherans ("Thrivent"), by and through their undersigned counsel, hereby respectfully moves for a preliminary and thereafter permanent injunction in Interpleader.

The grounds for this motion are fully set forth in Plaintiff's Brief in Support of Order to Show Cause Why Plaintiff Should Not Be Granted a Judgment in Interpleader and Awarded Its Costs and Reasonable Counsel Fees being filed contemporaneously herewith.

McCARTER & ENGLISH, LLP

By: _____
A. Richard Winchester (DE Bar ID #2641)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300

Attorneys for Plaintiff,
Thrivent Financial for Lutherans

OF COUNSEL:

Robert P. Lesko, Equire
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Dated: October 10, 2006

MEI\5892613.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | C.A. No. 06-628 |
| Interpleader Plaintiff, | Action in Statutory Interpleader |
| v. | PUBLIC VERSION |
| HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for REDACTED and REDACTED | |
| Defendants. | |

## O R D E R

NOW BEFORE THE COURT HAVING CONSIDERED Plaintiffs' Complaint in Interpleader and Motion for a Preliminary and Permanent Injunction (D.I. __), this matter having been opened to the Court by, Thrivent Financial for Lutherans ("Thrivent"), by way of application for preliminary restraints, and the Court having read the Verified Complaint in support hereof; and good cause appearing,

IT IS on this ___ day of October, 2006 **ORDERED:**

A.  That defendants and each of them and their agents and attorneys, be and they hereby are restrained and enjoined from instituting or prosecuting any proceeding in any State or United States Court with respect to Life Insurance Policy, number 2306144 issued by Thrivent to Glenn I. Rooks, Sr. ("Glenn, Sr.") (hereinafter "the Policy") until further notice of this Court; and

-2-

B.  That defendants and each of them shall show cause before this Court at the United States Courthouse, Wilmington, Delaware at _____ o'clock on _____, 2006, why plaintiff should not have judgment in interpleader requiring defendants to interplead and settle between themselves the rights to the proceeds of the Policy, and plaintiff upon the payment of said sum into the Registry of the Court be discharged from all liability to the defendants and each of them; and

C.  That at the same time and place defendants show cause why they and their agents and attorneys should not be permanently restrained and enjoined from instituting or prosecuting any proceeding in any state or United States Court with respect to said death benefits; and

D.  At the same time and place the defendants show cause why plaintiff should not recover its costs, including reasonable counsel fees, to be paid out of the fund in Court;

E.  That a copy of this Order and the Complaint, certified by the attorneys for plaintiff to be a true copy, be served on the defendants herein or their attorneys personally or by certified mail, return receipt requested within ____ days of the date hereof;

F.  That opposing papers must be submitted and served on all parties by _____, 2006; and

G.  Reply papers must be submitted and served on all parties by _____, 2006.

_____
U.S.D.J.