# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | C.A. No. 06-628 UJF |
| Interpleader Plaintiff, | **Action in Statutory Interpleader** |
| v. | |
| HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for B.R. and E. R., | |
| Defendants. | |

## NOTICE

To:  Heather L. Rooks                           Judith L. Rooks
     58 Riverwoods Dr.,                          4171 Donovan Ln.
     Wilmington, DE  19809                       Jacksonville, FL  32223

YOU HEREBY GIVEN NOTICE, pursuant to 28 U.S.C. § 2361, that on October 10,

2006, Thrivent Financial for Lutherans ("Plaintiff") filed a Complaint in Interpleader in the

United States District Court for the District of Delaware.  In addition, Plaintiff also filed a

Motion for a Preliminary and Permanent Injunction and brief in support thereof.   Sealed and

public copies of the Complaint, Motion for a Preliminary Injunction and brief in support thereof

are enclosed herewith.

McCARTER & ENGLISH, LLP

By: _____
A. Richard Winchester (DE Bar ID #2641)
Christopher A. Selzer (DE Bar ID #43050
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Plaintiff,
Thrivent Financial for Lutherans

OF COUNSEL

Robert P. Lesko
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 622-4444

Dated:  October 19, 2006

ME1\5906180.1