IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | : |
| Interpleader Plaintiff, | : |
| v. | : C.A. No. 06-628 |
| HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for B.R. and E. R., | : Action in Statutory Interpleader |
| Defendants. | : |

## NOTICE

To:  Heather L. Rooks               Judith L. Rooks
     58 Riverwoods Dr.              4171 Dunraven Ln.
     Wilmington, DE  19809          Jacksonville, FL  32223

     Doherty Funeral Homes, Inc.
     1900 Delaware Avenue
     Wilmington, DE  19806

YOU HEREBY GIVEN NOTICE, pursuant to 28 U.S.C. § 2361, that on October 10, 2006, Thrivent Financial for Lutherans ("Plaintiff") filed a Complaint in Interpleader in the United States District Court for the District of Delaware.  In addition, Plaintiff also filed a Motion for a Preliminary and Permanent Injunction and brief in support thereof.  Thereafter, on October 25, 2006 Plaintiff filed under seal a First Amended Complaint in Interpleader.  Sealed and public copies of the Motion for a Preliminary Injunction, brief in support thereof and First Amended Complaint are enclosed herewith.

ME1\5906180.1

McCARTER & ENGLISH, LLP

By: _____
A. Richard Winchester (DE Bar ID #2641)
Christopher A. Selzer (DE Bar ID #43050)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Plaintiff,
Thrivent Financial for Lutherans

OF COUNSEL

Robert P. Lesko
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Dated: October 30, 2006

2

ME1\5906180.1