## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

THRIVENT FINANCIAL FOR
LUTHERANS,

       Interpleader Plaintiff,

           v.

HEATHER L. ROOKS, JUDITH L. ROOKS
as Trustee for B.R. and E.R., and DOHERTY
FUNERAL HOMES, INC.

       Defendants.

**C.A. No. 06-628 (JJF)**

**Action in Statutory Interpleader**

**FILED UNDER SEAL**

## SECOND AMENDED COMPLAINT IN INTERPLEADER

**McCARTER & ENGLISH, LLP**

A. Richard Winchester (DE Bar ID #2641)
Christopher A. Selzer (DE Bar ID #4305_
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Plaintiff,
Thrivent Financial for Lutherans

OF COUNSEL

Robert P. Lesko
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 622-4444

Dated:  January 5, 2007

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.  REVIEW AND ACCESS TO THIS
DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.