IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS,  :  <br>  :   <br>  Interpleader Plaintiff,  :   <br>  :   <br>  v.  :   <br>  :   <br> HEATHER L. ROOKS, JUDITH L. ROOKS  :   <br> as Trustee for E.R. and B.R., BRIDGETT  :   <br> ROOKS, and DOHERTY FUNERAL  :   <br> HOMES, INC.  :   <br>  :   <br>  Defendants.  : | C.A. No. 06-628 JJF <br><br> **Action in Statutory Interpleader** <br><br> **PUBLIC VERSION** |

### NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

COMES NOW, Thrivent Financial for Lutherans ("Thrivent"), by and through undersigned counsel and hereby withdraws without prejudice, its Motion for Preliminary and Permanent Injunction filed on October 27, 2006, D.J. #11.

McCARTER & ENGLISH, LLP

By: /s/ Christopher A. Selzer
A. Richard Winchester (DE Bar ID #2641)
Christopher A. Selzer (DE Bar ID #4305)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Plaintiff,
Thrivent Financial for Lutherans

ME1 6185807v.1

                                            OF COUNSEL

                                            Robert P. Lesko
                                            MCCARTER & ENGLISH, LLP
                                            Four Gateway Center
                                            100 Mulberry Street
                                            Newark, NJ 07102
                                            (973) 622-4444

Dated: February 26, 2007

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Interpleader Plaintiff's Notice of Withdrawal was served upon all counsel of record on the 23rd day of February, 2007 via electronic filing.

/s/ Christopher A. Selzer
Christopher A. Selzer (DE Bar Id. No. 4305)

ME1 6185807v.1