## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THRIVENT FINANCIAL FOR
LUTHERANS,
          Interpleader Plaintiff,

            v.

HEATHER L. ROOKS and JUDITH L.
ROOKS as Trustee for B.R. and E.R.

          Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

**C.A. No. 06-628 JJF**

**Action in Statutory Interpleader**

## MOTION TO DEPOSIT FUNDS PURSUANT TO
## FED. R. CIV. P. 67

COMES NOW, Plaintiff Thrivent Financial for Lutherans ("Plaintiff"), by and through undersigned counsel and states as follows:

1.      On October 10, 2006, Plaintiff filed a Complaint in Interpleader pursuant to 28 U.S.C. §1335 seeking an order for the deposit of funds existing as the result of payment pursuant to an insurance contract, and also seeking a preliminary and thereafter permanent injunction (the "Motion") precluding Thrivent from being hailed into court in any other jurisdiction regarding the subject matter of the Complaint.

2.      On October 13, 2006, Plaintiff filed an opening brief in support of its Motion.

3.      Two amended Complaints were thereafter filed, the second on January 5, 2007, both addressing the fact that one Defendant obtained majority status (collectively the "Complaint")

4.      To date, no party Defendant has entered an appearance of otherwise answered the Complaint. To date, no party has objected to the relief requested of deposit in interpleader.

2

5.      The Complaint seeks an award of costs and attorneys' fees related to this interpleader arising as a direct result of the irreconcilable conflicts claimed by the competing beneficiaries to the proceeds, all defendants in this action.

6.      Accrued costs and attorneys' fees to date are $5,708.58, and were necessary and related to the relief required as a result of Defendants actions. (See Ex. A, Affidavit of Robert Lesko, Esq.).

7.      On February 26, 2007, Plaintiff contemporaneously herewith withdrew, with prejudice, the Motion (D.I. 17).

WHEREFORE, Plaintiffs prays that this Honorable Court enter an Order, in the form attached hereto, directing the Clerk to accept from Plaintiff, the sum of $44,291.42 ($50,000.00 less costs and attorneys' fees), and to order all other action recited therein.

**McCARTER & ENGLISH, LLP**

By:     /s/ Christopher A. Selzer
        A. Richard Winchester (DE Bar ID #2641)
        Christopher A. Selzer (DE Bar ID #43050
        919 North Market Street, 3uite 1800
        P.O. Box 111
        Wilmington, Delaware  19899
        (302) 984-6300
        Attorneys for Plaintiff,
        Thrivent Financial for Lutherans

ME1 6186191v.1

OF COUNSEL

Robert P. Lesko
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 622-4444

Dated:  February 26, 2007

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | : | **C.A. No. 06-628 JJF** |
| | : | |
| Interpleader Plaintiff, | : | **Action in Statutory Interpleader** |
| | : | |
| v. | : | |
| | : | |
| HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for B.R. and E.R. | : | |
| | : | |
| Defendants. | : | |

## NOTICE

To:   Heather L. Rooks                    Judith L. Rooks
      58 Riverwoods Drive                 4171 Dunraven Lane
      Wilmington, DE 19809                Jacksonville, FL 32223

      Doherty Funeral Homes, Inc.         Bridgett Rooks
      1900 Delaware Avenue                4171 Dunraven Lane
      Wilmington, DE 19806                Jacksonville, FL 32223

YOU HEREBY GIVEN NOTICE, pursuant to 28 U.S.C. § 2361, that on January 5, 2007,

Thrivent Financial for Lutherans ("Plaintiff") has presented its Motion for Order Depositing

Funds pursuant to Fed. R. Civ. P. 67, less contractually permitted costs and attorneys' fees, in the

United States District Court for the District of Delaware.

                              **McCARTER & ENGLISH, LLP**

                       By:    /s/ Christopher A. Selzer
                              A. Richard Winchester (DE Bar ID #2641)
                              Christopher A. Selzer (DE Bar ID #43050
                              919 North Market Street, 3uite 1800
                              P.O. Box 111
                              Wilmington, Delaware 19899
                              (302) 984-6300
                              Attorneys for Plaintiff,
Dated: February 26, 2007      Thrivent Financial for Lutherans

MEI 6186191v.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

THRIVENT FINANCIAL FOR
LUTHERANS,

       Interpleader Plaintiff,

            v.

HEATHER L. ROOKS and JUDITH L.
ROOKS as Trustee for B.R. and E.R.

       Defendants.

       **C.A. No. 06-628 JJF**

       **Action in Statutory Interpleader**

## O R D E R

WHEREAS, the Plaintiff in this action wishes to deposit the sum of $ _____ with the Clerk of this Court; and

WHEREAS, the deposit of such funds is authorized by Fed. R. Civ. P. 67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1.      The Clerk of the Court shall accept the sum of $ _____ from the Plaintiff.

2.      Within ten (10) days of the receipt of the check representing payment of the aforesaid sum from the Plaintiff, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $ _____ made payable to Clerk, US. District Court and deliver same to Citizens Bank, together with a certified copy of this Order.

3.    Upon receipt of said check by Citizens Bank, it shall be deposited in an interest bearing account to be opened in the name of "Office of the Clerk of US District Court, Delaware, Civil Action No. 06-628."

4.    The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5.    The funds deposited with Citizens Bank shall remain on deposit until further order of the Court.

Date: _____, 2007

_____
United States District Judge

# EXHIBIT A

**In the State of New Jersey: In and for Essex County.**

Affidavit of Counsel

     I, Robert P. Lesko, being duly sworn do hereby swear and depose as follows:

     1.     I am an attorney associated with the law office of McCarter & English, LLP, counsel for plaintiff, Thrivent Financial for Lutherans ("Thrivent"), in this matter. As such, I am authorized to make this certification in support of Thrivent Financial for Lutherans' Motion to Deposit Funds Pursuant to Fed. R. Civ. P. 67 and for an award of reasonable attorneys fees and costs.

     2.     Attached hereto as Exhibits A, B, and C, respectively, are invoices for fees and disbursements charged by McCarter & English, LLP to Thrivent dated November 30, 2006, January 24, 2007 and February 8, 2007, totaling $5,708.58 . Each invoice represents fees and costs necessarily incurred by Thrivent for the time period indicated and relates solely to this matter.

     I hereby certify that all of the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
                        Robert P. Lesko

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS 26th Day of February, 2007.

     NOTARY PUBLIC: _____

     My Commission Expires:_____

PATRICIA A. BRANDER
A Notary Public of New Jersey
My Commission Expires October 14, 2008

MEI 6201592v.1

Memorandum
Re: 2-26-07 IS Meeting
Page 2


Iron Mountain

- What is the state of archived document retrieval.

Technical Issues

- Are executable files being removed before shipment to Planet Data

- Cull list for e-document searches.  Who constructed?  Has an analysis of defensibility been performed?

- Holding Pens for not produced documents?  Ability to prove what we don't produce is legitimate.

Deadlines

- MDL 15-20 custodians per month from April to September.

- 7/06/06 is the final date for documents (no further production thereafter).

- 9/30/07 All discovery to be complete.

Critical Path

- Number of additional personnel needed to support gathering of hard drives?  Probable these personnel will need to be evening people to address network traffic issue.

- Number of Encase computers and licenses to purchase?  What is needed to solve bottleneck of Encase computers also being used for other tasks?

- What needs to be done regarding corrupt data?

- Discuss any bottlenecks with IBM.  Resources?  Coordination? Hardware capacity?

- Bottlenecks with custodians.  Discuss better coordination regarding custodians logging out during process, etc.

# EXHIBIT A

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
 Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652



ATTORNEYS AT LAW

Page 1
November 30, 2006
Invoice 7454917

113886   THRIVENT FINANCIAL FOR LUTERANS
00002    ROOKS

WAYNE R. LUCK
SENIOR LITIGATION COUNSEL
GENERAL COUNSEL'S OFFICE
THRIVENT FINANCIAL FOR LUTERANS
4321 N. BALLARD ROAD
APPLETON, WI 54919-00001


TOTAL FEES.................................................................................................    $3,863.50
TOTAL DISBURSEMENTS.............................................................................        419.85

TOTAL DUE THIS INVOICE .........................................................................    $4,283.35

113886   THRIVENT FINANCIAL FOR LUTERANS                           Page 2
00002    ROOKS                                                     Invoice
                                                                   7454917

## Professional Services Recorded Through 10/31/2006

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 10/02/06 | RECEIPT AND REVIEW OF FILE FROM MR. LUCK; FORMULATED STRATEGY FOR FILING OF COMPLAINT FOR INTERPLEADER, INCLUDING EVALUATION OF ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 02829/RPL | 1.00 |
| 10/10/06 | REVIEWING PLEADINGS BEFORE FILING, INCLUDING COMPLAINT, BRIEF AND PROPOSED ORDER.  QUICK CHECK OF LAW RE: INTERPLEADER ACTIONS. | 02589/ARW | 1.90 |
| 10/10/06 | REVIEW, AMEND AND PREPARE FOR FILING IN DELAWARE UNDER LOCAL RULES: (I) INTERPLEADER COMPLAINT, (II) MOTION FOR PI (III) MEMORANDUM OF LAW IN SUPPORT OF PI, (IV) ORDER ON RULE TO SHOW CAUSE, AND (V) VERIFICATION OF COMPLAINT. | 03512/CAS | 3.00 |
| 10/10/06 | TC TO/FROM MONICA AT DISTRICT COURT RE: NOTICE REGARDING PERSONAL INFORMATION. | 03612/T-P | 0.30 |
| 10/10/06 | PREPARE CIVIL COVER SHEET. | 03612/T-P | 0.20 |
| 10/11/06 | DRAFT AND FILE (I) MOTION TO FILE PERSONAL INFORMATION UNDER SEAL AND FOR PROTECTIVE ORDER, AND (II) PROPOSED PROTECTIVE ORDER FOR MINOR FINANCIAL INFORMATION. | 03512/CAS | 2.00 |
| 10/11/06 | PURSUANT TO DIRECTION OF COURT - REVIEW OF ALL DOCUMENTS FILED REGARDING CONFIDENTIAL INFORMATION, REDACT AND PREPARE PUBLIC VERSIONS | 03612/T-P | 1.50 |
| 10/11/06 | TC FROM/TO YVETTE AT DISTRICT COURT RE: PRIORITY OF MOTION TO SEAL | 03612/T-P | 0.20 |
| 10/13/06 | RECEIVE AND REVIEW COURT SIGNED ORDER PERMITTING FILING OF REDACTED BRIEFING. AUTHORIZE FILING OF AMENDED DOCUMENTS. | 03512/CAS | 0.50 |

113886  THRIVENT FINANCIAL FOR LUTERANS                Page 3
00002   ROOKS                                          Invoice
                                                       7454917

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 10/13/06 | DOWNLOAD EXECUTED PROTECTIVE ORDER REGARDING MOTION TO SEAL DOCUMENTS; TC W/BETTY AT DISTRICT COURT CLERK'S OFFICE RE: REDACTED VERSIONS; DOWNLOAD AND FILE REDACTED VERSION OF COMPLAINT, BRIEF AND MOTION. | 03612/T-P | 1.90 |
| 10/17/06 | PREPARE NOTICE RE: SERVICE OF INTERPLEADER COMPLAINT | 03612/T-P | 0.50 |
| 10/18/06 | CONFIRM SERVICE THROUGH US MARSHALLS IN FL DISTRICT. | 03512/CAS | 0.30 |
| 10/18/06 | TC W/D.C. CLERK'S OFFICE RE: NOTICE/SERVICE | 03612/T-P | 0.20 |
| 10/18/06 | PREPARE US MARSHALL SERVICE FORMS FOR CAS REVIEW | 03612/T-P | 0.30 |
| 10/18/06 | PREPARATION OF SUMMONS FOR SERVICE OF INTERPLEADER COMPLAINT | 03612/T-P | 0.30 |
| 10/19/06 | CHECK CASE ASSIGNMENT. COMMUNICATING RE: SERVICE ISSUES. | 02589/ARW | 0.20 |
| 10/19/06 | CONFERENCE WITH U.S. MARSHALL ON SERVICE DEMAND AND NOTICE. | 03512/CAS | 0.50 |
| 10/19/06 | FINALIZE NOTICE AND SERVICE PACKETS FOR MAILING | 03612/T-P | 0.50 |
| 10/23/06 | CHECK AMENDED COMPLAINT. COMMUNICATING RE: SAME. | 02589/ARW | 0.20 |
| 10/23/06 | PREPARATION OF AMENDED COMPLAINT FOR FILING WITH EXHIBITS | 03612/T-P | 0.50 |
| 10/26/06 | PREPARATION OF PUBLIC VERSION OF FIRST AMENDED COMPLAINT IN THIS MATTER. | 03149/FJR | 1.50 |
| 10/30/06 | REVIEW OF SECRETARY OF STATE WEBSITE RE: DOHERTY FUNERAL HOMES, INC. REGISTERED AGENT/ADDRESS | 03612/T-P | 0.20 |
| 10/31/06 | TELEPHONE CONFERENCE WITH JUDITH ROOKS REGARDING CORRECT ADDRESS AND SERVICE. | 02829/RPL | 0.20 |
| 10/31/06 | TC W/DISTRICT COURT CLERK'S OFFICE RE: | 03612/T-P | 0.20 |

113886   THRIVENT FINANCIAL FOR LUTERANS          Page 4
00002    ROOKS                                    Invoice
                                                  7454917

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | FILING RECEIPT/FIRST AMENDED COMPLAINT | | |
| 10/31/06 | CHECK USPS WEBSITE RE: JUDITH ROOKS ADDRESS | 03612/T-P | 0.30 |
| 10/31/06 | FINALIZE AND COMPLETE NOTICE MAILING TO THE 3 DEFENDANTS | 03612/T-P | 1.00 |
| | TOTAL HOURS: | | 19.40 |

TOTAL FEES.......................................................................................   $3,863.50
TOTAL DISBURSEMENTS....................................................................       419.85

**TOTAL DUE THIS INVOICE** ......................................................................   $4,283.35


## TIMEKEEPER LISTING

| | | |
|------|-------------------------|-----------|
| 02589 | A. RICHARD WINCHESTER | PARTNER |
| 02829 | ROBERT P. LESKO | ASSC |
| 03149 | FRANCIS J. ROGERS | PARALEGAL |
| 03512 | CHRISTOPHER A. SELZER | ASSC |
| 03612 | TAMERA PEARSON | PARALEGAL |

113886   THRIVENT FINANCIAL FOR LUTERANS              Page 5
00002    ROOKS                                        Invoice
                                                      7454917

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| 10/11/2006 | PHOTOCOPIES | 30.60 |
| 10/13/2006 | PHOTOCOPIES | 0.60 |
| 10/13/2006 | PHOTOCOPIES | 32.70 |
| 10/19/2006 | PHOTOCOPIES | 90.45 |
| 10/23/2006 | PHOTOCOPIES | 7.65 |
| 10/26/2006 | PHOTOCOPIES | 21.90 |
| 10/26/2006 | PHOTOCOPIES | 21.90 |
| 10/27/2006 | PHOTOCOPIES | 11.85 |
| 10/30/2006 | PHOTOCOPIES | 188.70 |
| 10/31/2006 | PHOTOCOPIES | 13.50 |
| | **Total For: PHOTOCOPIES** | 419.85 |

**TOTAL DISBURSEMENTS** ................................................................ **$419.85**

# EXHIBIT B

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
 Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652



ATTORNEYS AT LAW

Page 1
January 24, 2007
Invoice 7464611

113886   THRIVENT FINANCIAL FOR LUTERANS
00002    ROOKS

WAYNE R. LUCK
SENIOR LITIGATION COUNSEL
GENERAL COUNSEL'S OFFICE
THRIVENT FINANCIAL FOR LUTERANS
4321 N. BALLARD ROAD
APPLETON, WI 54919-00001

TOTAL FEES.................................................................................................    $87.00
TOTAL DISBURSEMENTS...........................................................................    365.50

TOTAL DUE THIS INVOICE .......................................................................    $452.50

113886   THRIVENT FINANCIAL FOR LUTERANS                    Page 2
00002    ROOKS                                              Invoice
                                                            7464611

Professional Services Recorded Through 12/31/2006

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/22/06 | TELEPHONE CONFERENCE WITH MS. JUDY ROOKS REGARDING STATUS OF ACTION. | 02829/RPL | 0.20 |
| 12/19/06 | CORRESPONDENCE AND TELEPHONE CONFERENCE WITH MR. LUCK REGARDING ▮▮▮▮▮▮▮▮ | 02829/RPL | 0.10 |
| | **TOTAL HOURS:** | | 0.30 |

TOTAL FEES............................................................................................     $87.00
TOTAL DISBURSEMENTS.....................................................................     365.50

**TOTAL DUE THIS INVOICE** ..............................................................     $452.50


### TIMEKEEPER LISTING

02829    ROBERT P. LESKO                    ASSC

113886  THRIVENT FINANCIAL FOR LUTERANS            Page 3
00002   ROOKS                                Invoice
                                                           7464611

| DATE | DISBURSEMENTS | VALUE | |
|------|---------------|-------|---|
| 12/01/2006 | TELECOPIER | 8.00 | |
| | **Total For: TELECOPIER** | | 8.00 |
| 10/10/2006 | FILING FEES-MISC – U.S. DISTRICT COURT, CLERK FILING FEE FOR FILING COMPLAINT | 350.00 | |
| | **Total For: FILING FEES-MISC** | | 350.00 |
| 10/31/2006 | MESSENGER/OUTSIDE – TRISTATE COURIER & CARRIAGE DISTRICT COURT | 7.50 | |
| | **Total For: MESSENGER/OUTSIDE** | | 7.50 |

**TOTAL DISBURSEMENTS** ............................................................. **$365.50**

# EXHIBIT C

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652



McCARTER
ENGLISH
ATTORNEYS AT LAW

Page 1
February 8, 2007
Invoice 7466583

113886   THRIVENT FINANCIAL FOR LUTERANS
00002    ROOKS

WAYNE R. LUCK
SENIOR LITIGATION COUNSEL
GENERAL COUNSEL'S OFFICE
THRIVENT FINANCIAL FOR LUTERANS
4321 N. BALLARD ROAD
APPLETON, WI 54919-00001

| | |
|---|---|
| **TOTAL FEES**............................................................................................ | $759.00 |
| **TOTAL DISBURSEMENTS**........................................................................ | 213.73 |
| **TOTAL DUE THIS INVOICE**..................................................................... | $972.73 |

113886   THRIVENT FINANCIAL FOR LUTERANS                    Page 2
00002    ROOKS                                              Invoice
                                                            7466583

Professional Services Recorded Through 01/31/2007

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/02/07 | CALL TO DISCUSS PROCEDURAL COMPLICATIONS INVOLVED IN THIS CASE AND POSSIBLE PUSH FOR EXPEDITED RULE TO SHOW CAUSE. | 03512/CAS | 0.10 |
| 01/03/07 | TELEPHONE CONFERENCE AND CORRESPONDENCE WITH MR. LUCK ▮▮▮▮▮▮▮▮. | 02829/RPL | 0.30 |
| 01/04/07 | PREPARED SECOND AMENDED COMPLAINT TO INCLUDE BRIDGETT ROOKS AS DIRECT DEFENDANT. | 02829/RPL | 0.40 |
| 01/04/07 | REVIEW SECOND AMENDED COMPLAINT, PREPARE TO REDLINE FOR COMPARISON FOR COURT. | 03512/CAS | 0.40 |
| 01/05/07 | DOWNLOAD AND FILE WITH THE COURT SECOND AMENDED COMPLAINT - PUBLIC VERSION | 03612/T-P | 0.30 |
| 01/05/07 | RUN DELTA VIEW ON FIRST AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT AND FINALIZE UNDER SEAL VERSION FOR FILING WITH THE COURT | 03612/T-P | 0.50 |
| 01/05/07 | DOWNLOAD AND FILE WITH THE COURT SECOND AMENDED COMPLAINT - UNDER SEAL | 03612/T-P | 0.30 |
| 01/26/07 | TELECONFERENCE WITH ED AT DOHERTY FUNERAL HOMES TO DISCUSS PAYMENT OF HIS BILL BECAUSE MS. ROOKS SIGNED OVER PROCEEDS FROM THE POLICY TO PAY THE FUNERAL BILLS. | 03512/CAS | 0.30 |
| 01/30/07 | REVIEW CORRESPONDENCE FROM CLIENT TO ROOKS REGARDING FUNERAL HOME. | 03512/CAS | 0.30 |
| 01/31/07 | CONFERENCE WITH JUDGE'S CASE MANAGER ▮▮▮▮▮▮▮▮▮▮▮▮ | 03512/CAS | 0.50 |

113886   THRIVENT FINANCIAL FOR LUTERANS                    Page 3
00002    ROOKS                                              Invoice
                                                            7466583


| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
|      | TOTAL HOURS: |     | 3.40  |


TOTAL FEES.............................................................................................   $759.00
TOTAL DISBURSEMENTS...........................................................................       213.73

TOTAL DUE THIS INVOICE .....................................................................   $972.73


### TIMEKEEPER LISTING

| 02829 | ROBERT P. LESKO | ASSC |
|-------|-----------------|------|
| 03512 | CHRISTOPHER A. SELZER | ASSC |
| 03612 | TAMERA PEARSON | PARALEGAL |

113886   THRIVENT FINANCIAL FOR LUTERANS                    Page 4
00002    ROOKS                                              Invoice
                                                            7466583

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 01/05/2007 | PHOTOCOPIES | 55.50 | |
| 01/05/2007 | PHOTOCOPIES | 29.25 | |
| 01/09/2007 | PHOTOCOPIES | 77.70 | |
| 01/09/2007 | PHOTOCOPIES | 44.40 | |
| | **Total For: PHOTOCOPIES** | | **206.85** |
| 01/03/2007 | TELEPHONE | 2.25 | |
| | **Total For: TELEPHONE** | | **2.25** |
| 01/09/2007 | POSTAGE | 2.00 | |
| 01/09/2007 | POSTAGE | 2.00 | |
| 01/25/2007 | POSTAGE | 0.63 | |
| | **Total For: POSTAGE** | | **4.63** |

**TOTAL DISBURSEMENTS** ...............................................................   **$213.73**

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Interpleader Plaintiff's Motion to Deposit Funds Pursuant to Fed. R. Civ. P. 67 was served upon all counsel of record on the 26th day of February, 2007 via electronic filing.

/s/ Christopher A. Selzer
Christopher A. Selzer (DE Bar Id. No. 4305)