IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS,<br><br>    Interpleader Plaintiff,<br><br>    v.<br><br>HEATHER L. ROOKS and JUDITH L. ROOKS as Trustee for B.R. and E.R.<br><br>    Defendants. | C.A. No. 06-628 JJF<br><br>Action in Statutory Interpleader |

**ORDER**

WHEREAS, the Plaintiff in this action wishes to deposit the sum of $ 44,291.42 with the Clerk of this Court; and

WHEREAS, the deposit of such funds is authorized by Fed. R. Civ. P. 67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1.    The Clerk of the Court shall accept the sum of $44,291.42 from the Plaintiff.

2.    Within ten (10) days of the receipt of the check representing payment of the aforesaid sum from the Plaintiff, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $44,291.42 made payable to Clerk, US. District Court and deliver same to Citizens Bank, together with a certified copy of this Order.

ME1 6186191v.1

3.  Upon receipt of said check by Citizens Bank, it shall be deposited in an interest bearing account to be opened in the name of "Office of the Clerk of US District Court, Delaware, Civil Action No. 06-628."

4.  The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5.  The funds deposited with Citizens Bank shall remain on deposit until further order of the Court.

Date: March 19, 2007

_____
United States District Judge

ME1 61861191v.1