

ATTORNEYS AT LAW

March 28, 2007

Christopher A. Selzer
Associate, Business Litigation Group
cselzer@mccarter.com

VIA HAND DELIVERY AND ECF

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **Thrivent Financial for Lutherans v. Rooks, et al., C.A. No. 1:06-cv-628-DEPOSIT OF FUNDS**

To the Clerk of Court:

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

On March 20, 2007 the Court entered an Order (D.I. 19) to deposit funds in the amount of $44,291.42. That amount represented the requested inplead death benefit of $50,000, less $5,708.58 for attorneys' fees and costs awarded by the Court.

Enclosed herewith please find a check in the amount of $45,475.20 made payable to the Clerk of Court, US District Court. The additional $1,051.75 paid by interpleader Thrivent Financial, represents the interest accrued on the coverage proceeds to date. That interest as accrued during the pendency of Thrivent's petition to this Court, is due and payable under the policy.

BALTIMORE

If you should have questions about this or any other matter please feel free to contact me at any time.

BOSTON

Respectfully submitted,

HARTFORD

NEW YORK

Christopher A. Selzer
(DE ID No. 4305)

NEWARK

CAS:jr
Enclosure

PHILADELPHIA

cc: Wayne Luck (Thrivent Financial for Lutherans) (via email)
    All Parties (via ECF)

STAMFORD

WILMINGTON

ME1 6272978v.1

Clerk of Court, US District Court
District of Delaware
J Caleb Boggs Federal Building
844 N King Street

Wilmington, DE 19801

Please retain this voucher for your records

Check No.  Date
K805847    03 26 07

Amount
$45,475.20

Payee   Clerk of Court, US District Court
        District of Delaware

For     IN SETTLEMENT OF YOUR CLAIM UNDER
        CONTRACT 2306144 ON THE LIFE OF
        Glenn I Rooks DECEASED

I96886



**Thrivent Financial for Lutherans™**

Appleton, Wisconsin • Minneapolis, Minnesota
www.thrivent.com

---

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Thrivent Financial for Lutherans™**         BANK ONE         56-1544        K805847
                                              1-888-434-3030      441         MC31279133

Appleton, Wisconsin • Minneapolis, Minnesota
www.thrivent.com

PAY ONLY  45 75 20 CTS                                           CHECK AMOUNT
                              MARCH 26, 2007                     *****$45,475.20

FORTY-FIVE THOUSAND FOUR HUNDRED SEVENTY-FIVE DOLLARS AND 20 CENTS **********

PAY
TO THE     Clerk of Court, US District Court
ORDER      District of Delaware
OF         J Caleb Boggs Federal Building
           844 N King Street

           Wilmington, DE 19801
                                                                              CFO
                              VOID OVER $45,475.20                         Claims

⑈805847⑈ ⑆044115443⑆   629437435⑈

VERIFY DOCUMENT AUTHENTICITY TO THE RIGHT OF SIGNATURE HOLD BETWEEN THUMB AND FOREFINGER COLOR WILL DISAPPEAR THEN REAPPEAR