**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS | ) ) ) | C.A. No. 06-628 |
| | ) | Action in Statutory Interpleader |
| Interpleader Plaintiff, | ) ) | |
| v. | ) ) | |
| HEATHER L. ROOKS, JUDITH L. ROOKS, as Trustee for E.R. and B.R., BRIDGETT ROOKS, and DOHERTY FUNERAL HOMES, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance as counsel on behalf of the defendant, Heather L. Rooks, in the above-captioned matter.

Dated: June 1, 2007

FERRY, JOSEPH & PEARCE, P.A.

  /s/ Lisa L. Coggins
David J. Ferry, Jr., Esq. (No. 2149)
Lisa L. Coggins, Esq. (No. 4234)
824 Market Street, Suite 904
Wilmington, DE 19801
Tel: (302) 575-1555
Fax: (302) 575-1714
Dferry@ferryjoseph.com
Lcoggins@ferryjoseph.com

**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, certify that on this 1st day of June, 2007, I caused a copy of the foregoing Notice of Appearance to be served upon the following parties in the manner indicated:

**By First Class Mail:**

Judith L. Rooks
4171 Dunraven Ln.
Jacksonville, FL 32223

Bridgett Rooks
4171 Dunraven Ln.
Jacksonville, FL 32223

Doherty Funeral Homes, Inc.
1900 Delaware Avenue
Wilmington, DE 19806

                                                /s/ Lisa L. Coggins
                                               Lisa L. Coggins, Esquire (No. 4234)