IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS ) | C.A. No. 06-628 (JJF) |
| ) | |
| ) | Action in Statutory Interpleader |
| Interpleader Plaintiff, ) | |
| ) | **FILED UNDER SEAL** |
| ) | |
| ) | |
| HEATHER L. ROOKS, JUDITH L. ROOKS, ) | |
| as Trustee for **REDACTED**, BRIDGETT ) | |
| ROOKS, and DOHERTY FUNERAL ) | |
| HOMES, INC. ) | |
| ) | |
| Defendants. ) | |

## ANSWER AND CROSS-CLAIM IN INTERPLEADER
## OF DEFENDANT HEATHER L. ROOKS

Dated: June 12, 2007              FERRY, JOSEPH & PEARCE, P.A.


                                  /s/ David J. Ferry, Jr.
                                  David J. Ferry, Jr., Esq. (No. 2149)
                                  Lisa L. Coggins, Esq. (No. 4234)
                                  824 Market Street, Suite 904
                                  Wilmington, DE 19801
                                  Tel: (302) 575-1555
                                  Fax: (302) 575-1714
                                  Attorneys for Defendant, Heather L. Rooks

**THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL. REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.**