IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS | ) ) ) | C.A. No. 06-628 (JJF) |
| | ) | Action in Statutory Interpleader |
| Interpleader Plaintiff, | ) ) | |
| | ) | **FILED UNDER SEAL** |
| | ) ) | |
| HEATHER L. ROOKS, JUDITH L. ROOKS, as Trustee for **REDACTED**, BRIDGETT ROOKS, and DOHERTY FUNERAL HOMES, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF AND FINAL ORDER**
**APPROVING DISTRIBUTION OF INTERPLED FUNDS**

**THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.**
**REVIEW AND ACCESS TO THIS DOCUMENT**
**IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.**

Dated: September 12, 2007      FERRY, JOSEPH & PEARCE, P.A.

   /s/ David J. Ferry, Jr.
David J. Ferry, Jr., Esq. (No. 2149)
Lisa L. Coggins, Esq. (No. 4234)
824 Market Street, Suite 904
Wilmington, DE 19801
Tel: (302) 575-1555
Fax: (302) 575-1714
Attorneys for Defendant, Heather L. Rooks

# FERRY, JOSEPH & PEARCE, P.A.
### ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER +
THOMAS R. RIGGS

( * ALSO PA BAR)
( + ALSO NJ BAR)
( ** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DiSABATINO
(1962-2001)

September 12, 2007

The Honorable Joseph J. Farnan Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

  Re: *Thrivent Financial for Lutherans v. Heather L. Rooks, et.al.*
    <u>C.A. No. 06-628 (JJF)</u>

Dear Judge Farnan:

  I am pleased to inform you that the above referenced interpleader action has been settled. Enclosed, please find a Stipulation and Final Order Approving Distribution of Interpled Funds, which has been signed by each of the defendants. It is hereby respectfully requested that such Stipulation and Order be approved and entered.

  Should your Honor have any questions or concerns, counsel is available at your convenience.

Respectfully,

David J. Ferry, Jr.

cc: Heather L. Rooks
   Brigett Rooks
   Judith Rooks
   Clark C. Kingery, Esq.