IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, <br><br> Interpleader Plaintiff, <br><br> v. <br><br> HEATHER L. ROOKS, JUDITH L. ROOKS, as Trustee for  BRIGETT ROOKS, and DOHERTY FUNERAL HOMES, INC. <br><br> Defendants. | ) C.A. No. 06-628 (JJF) <br> ) <br> ) Action in Statutory Interpleader <br> ) <br> ) REDACTED PUBLIC VERSION <br> ) |

## STIPULATION OF AND FINAL ORDER
## APPROVING DISTRIBUTION OF INTERPLED FUNDS

WHEREAS on October 10, 2006, plaintiff, Thrivent Financial for Lutherans ("Thrivent"), filed this interpleader action against the defendants concerning distribution of a certain life insurance policy (the "Policy") covering the life of Glenn I. Rooks, Sr.( the "Decedent") [Docket No. 1]; and

WHEREAS on March 19, 2007, this Court entered an Order permitting Thrivent to deposit the Policy proceeds, less their legal fees and costs, into the Court [Docket No. 19]; and

WHEREAS on or about March 28, 2007, Thrivent deposited funds in the amount of $45,475.20 with the Clerk of Court and is no longer an active party to this matter; and

WHEREAS on June 12, 2007, defendant Heather Rooks filed her answer and cross-claim against the other defendants [Docket No. 23]; and

WHEREAS Judith Rooks is acting in the interest of her minor son, defendant ███████;

WHEREAS the Decedent's estate has insufficient funds with which to pay his funeral bill;

WHEREAS the defendants have reached an agreement between them regarding the distribution of the proceeds of the Policy;

NOW THEREFORE in consideration of the mutual covenants herein contained, and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree and stipulate as follows:

1. At such time as the Court approves this Stipulation, the proceeds of the Policy shall be distributed as follows:

    A) Nine Thousand, Three Hundred Twenty Dollars and Twenty-Eight Cents ($9,320.28) to Doherty Funeral Homes, Inc. for payment of the Decedent's funeral bill.

    B) Ten Thousand Dollars ($10,000.00) to Brigett Rooks, 4171 Dunraven Ln., Jacksonville, FL 32223.

    C) Ten Thousand Dollars ($10,000.00) to Judith Rooks, as custodian for [REDACTED] pursuant to the Uniform Transfers to Minors Act, 4171 Dunraven Ln., Jacksonville, FL 32223.

    D) The remaining balance of $16,154.92 to Ferry, Joseph & Pearce, P.A., attorneys for Heather Rooks, 824 Market Street, Suite 904, Wilmington, DE 19801.

2. Upon receipt of the sums referenced in the above paragraph, the parties hereto release one another, and their respective heirs and assigns, from any and all claims and demands respecting and relating to the Policy or the proceeds thereof.

3. This Stipulation may be signed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. All signatures of the parties to this Stipulation may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces and will be binding upon such party.

_/s/ David J. Ferry, Jr._
David J. Ferry, Jr., Esq. (No. 2149)
Lisa L. Coggins, Esq. (No. 4234)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801
Tel: (302) 575-1555
Fax: (302) 575-1714
Attorneys for Defendant, Heather L. Rooks

Dated: September ___, 2007

_____
Judith Rooks, on behalf of
▉▉▉▉▉▉▉▉▉
4171 Dunraven Ln.
Jacksonville, FL 32223
Dated: September ___, 2007

_____
Brigett Rooks
4171 Dunraven Ln.
Jacksonville, FL 32223
Dated: September ___, 2007

_/s/ Clark C. Kingery_
Clark C. Kingery, Esq. (No. 1001)
914 Walnut Street
Wilmington, DE 19801
Tel: (302) 428-1915
Attorney for Dougherty Funeral Home, Inc.
Dated: September _6_, 2007

SO ORDERED this ___ day of _____, 2007.

_____
The Honorable Joseph J. Farnan Jr., Judge
United States District Court

3

3. This Stipulation may be signed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. All signatures of the parties to this Stipulation may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces and will be binding upon such party.

_____
David J. Ferry, Jr., Esq. (No. 2149)
Lisa L. Coggins, Esq. (No. 4234)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801
Tel: (302) 575-1555
Fax: (302) 575-1714
Attorneys for Defendant, Heather L. Rooks

Dated: September ____, 2007

_____
Judith Rooks, on behalf of
▮▮▮▮▮▮▮▮▮
4171 Dunraven Ln.
Jacksonville, FL 32223
Dated: September 5, 2007

_____
Brigett Rooks
4171 Dunraven Ln.
Jacksonville, FL 32223
Dated: September 5, 2007

_____
Clark C. Kingery, Esq. (No. 1001)
914 Walnut Street
Wilmington, DE 19801
Tel: (302) 428-1915
Attorney for Dougherty Funeral Home, Inc.
Dated: September ____, 2007

SO ORDERED this ____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan Jr., Judge
United States District Court

3

# FERRY, JOSEPH & PEARCE, P.A.
### ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER +
THOMAS R. RIGGS

( * ALSO PA BAR)
( + ALSO NJ BAR)
( ** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DiSABATINO
(1962-2001)

September 12, 2007

The Honorable Joseph J. Farnan Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: *Thrivent Financial for Lutherans v. Heather L. Rooks, et.al.*
<u>C.A. No. 06-628 (JJF)</u>

Dear Judge Farnan:

I am pleased to inform you that the above referenced interpleader action has been settled. Enclosed, please find a Stipulation and Final Order Approving Distribution of Interpled Funds, which has been signed by each of the defendants. It is hereby respectfully requested that such Stipulation and Order be approved and entered.

Should your Honor have any questions or concerns, counsel is available at your convenience.

Respectfully,

David J. Ferry, Jr.

cc: Heather L. Rooks
Brigett Rooks
Judith Rooks
Clark C. Kingery, Esq.